Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

RALPH RIZZO, as Administrator of the Estate of RALPH RIZZO, JR., Deceased, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant, and DOROTHY CANDELA et al., Respondents, et al., Defendants.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

## (September 20, 1961)

(A) CHARLES FRANZO, JR., et al., Appellants, v. ANGELA LORE et al., Respondents. (B) LAWRENCE MARVEL, Respondent, v. LILLI ANN CORPORATION, Appellant.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

In the Matter of AARON KORNFELD, Petitioner, and HYMAN LAZAROWITZ, Appellant, v. WERNER WAGNER, Respondent.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

## (September 21, 1961)

ARLENE M. ALTMAN, Respondent, v. MORRIS ALTMAN, Appellant.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

ANNA BUSH et al., Respondents, v. SAM WIEN et al., Appellants, et al., Defendant.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

LOUIS B. DAVIDOW et al., Respondents, v. ARTHUR DONOW et al., Appellants, et al., Defendant.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

(A) MAI F. FRIEDMAN et al., Respondents, v. ISRAEL G. SEEGER, Appellant. (B) In the Matter of AGNES HAMPTON et al., Respondents, v. JOSEPH J.

LENNOX, as Commissioner of Assessment and Taxation of the Tax District Comprised of the City of Yonkers, et al., Appellants.— Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.